UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: KEISHA MICHELE YOUNG, )<br>)<br>Debtor. )<br>)<br>HENRICO FEDERAL CREDIT UNION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GABRIEL BROOKS, )<br>)<br>Defendant. ) | Case No. 17-36109-KRH<br>Chapter 13 |

## MOTION FOR RELIEF FROM CO-DEBTOR STAY
## PURSUANT TO 11 U.S.C. § 1301 (c)(2)

Comes now Plaintiff, Henrico Federal Credit Union, Inc. ("Creditor" or "the credit union"), by counsel, and seeks to terminate the automatic stay as to the Co-Debtor, Gabriel Brooks ("Co-Debtor"), pursuant to 11 U.S.C. § 1301 (c)(2), and states as follows:

1. Creditor is a Credit Union engaged in such business with its principal office at 9401 W. Broad Street, Henrico, Virginia 23294.

2. Keisha Michele Young ("Debtor") is and individual believed to be residing at 4807 Brittles Lane, Henrico, VA 23231,

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Henrico Federal Credit Union

Gabriel Brooks, ("Co-Debtor") is an individual believed to be residing at 1714 N. 29th Street, Richmond, VA 23223.

3. On December 8, 2017, Debtor filed her Chapter 13 petition, case number 17-36109-KRH.

4. On or about January 9, 2014, Creditor obtained a judgment against the Debtor and Co-Debtor in the City of Richmond General District Court, Case No. GV13043433-00, in the amount of $413.37, with interest at 6% per annum from 1/9/14, costs of $55.00 costs and attorney fees of $103.34. A copy of the Abstract of Judgment is attached hereto as Exhibit "A".

5. There is still a balance due and owing Creditor from Debtor and Co-Debtor of $751.31 on the account. A copy of the account statement is attached hereto as Exhibit "B".

6. Creditor desires to have this Honorable Court lift the automatic stay against the Co-Debtor so that Creditor can proceed against him.

7. Debtor's Chapter 13 plan proposes to pay unsecured creditors a distribution of 2%.

8. Under 11 U.S.C. § 1301 (c)(2) this Honorable Court may lift the stay against a Co-Debtor when the plan filed by the Debtor proposes not to pay such claim in full.

9. Creditor will be irreparably harmed if the automatic stay is not lifted, as other creditors may exercise rights ahead of Creditor's rights.

WHEREFORE, Creditor, Henrico Federal Credit Union asks that the Court terminate the automatic stay against Co-Debtor, Gabriel Brooks.

                                        HENRICO FEDERAL CREDIT UNION

By   /s/ Edward S. Whitlock, III, Esquire
       Counsel for Henrico Federal Credit Union

# NOTICE

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the Motion, then within **twenty (20) days** from the date of service of this motion, you must file a written response explaining your position with the Court at the following address:

**Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219**

and serve a copy on the Movant's attorney at the following address:

**Edward S. Whitlock, III, Esq.
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, VA 23060**

Unless a written response is filed and served within this **twenty (20) day** period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of the **twenty (20) day** period.

If you do not file a written response by the deadline shown, the law provides that the stay protecting you from further legal action against you by this creditor will automatically terminate

[see 11 U.S.C. §1301(d)].

Dated: January 26, 2018          HENRICO FEDERAL CREDIT UNION

By    /s/ Edward S. Whitlock, III, Esquire
Edward S. Whitlock, III, Esquire, VSB # 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2018, a true copy of the foregoing Motion for Relief from Co-Debtor Stay was served upon all necessary parties electronically to Patrick Thomas Keith, Esq., Attorney for Debtor, at Boleman Law Firm, P.C., P.O. Box 11588, Richmond, VA 23230 and Suzanne E. Wade, Trustee at P.O. Box 1780, Richmond, VA 23218-1780; and by first class U.S. postage prepaid mail to Keisha Michele Young, Debtor, at her last known address of 4807 Brittles Lane, Richmond, VA 23221 and Gabriel Brooks, Co-Debtor at his last known address of 1714 N. 29th Street, Richmond, VA 23223.

/s/ Edward S. Whitlock, III, Esquire
Counsel

# PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: KEISHA MICHELE YOUNG, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| HENRICO FEDERAL CREDIT UNION, ) | |
| ) | |
| Plaintiff, ) | Case No. 17-36109-KRH |
| ) | Chapter 13 |
| v. ) | |
| ) | |
| GABRIEL BROOKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court upon the motion by Henrico Federal Credit Union, ("Creditor"), by counsel, seeking an Order pursuant to 11 U.S.C. § 1301 (c)(2), terminating the automatic stay so that Creditor could proceed with collection efforts against Co-debtor, Gabriel Brooks, ("Defendant" or "Co-debtor") for the monies owed to Creditor.

It appearing that a Motion to Lift Stay as to the Co-debtor was properly filed, that proper notice was given to all relevant parties, and that the Co-debtor filed no response to the Motion to Lift Stay, it is hereby:

ORDERED that Henrico Federal Credit Union's Motion for Relief from Automatic Stay as

Edward S. Whitlock, III, Esquire, VSB #27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Henrico Federal Credit Union

1

to the Co-debtor be and hereby is granted.

The Clerk is directed to send a copy of this Order upon entry to the undersigned parties.

ENTER:

_____
United States Bankruptcy Judge

I ask for this:

_____
Edward S. Whitlock, III, Esq., VSB # 27811
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6251
Counsel for Henrico Federal Credit Union

### Local Rule 9022-1(C) Certification

I hereby certify that on the _____ day of February, 2018 a true copy of the foregoing Order for Relief From Co-Debtor Stay was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C) by first class U.S. postage prepaid mail to: Patrick Thomas Keith, Esq., Attorney for Debtor, at Boleman Law Firm, P.C., P.O. Box 11588, Richmond, VA 23230 and Suzanne E. Wade, Trustee at P.O. Box 1780, Richmond, VA 23218-1780; Keisha Michele Young, Debtor, at her last known address of 4807 Brittles Lane, Richmond, VA 23221 and Gabriel Brooks, Co-Debtor at his last known address of 1714 N. 29th Street, Richmond, VA 23223.

_____
Counsel

PARTIES TO RECEIVE COPIES:

Edward S. Whitlock, III, Esq.
Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060

Patrick Thomas Keith, Esq.
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230

Keisha Michele Young
4807 Brittles Lane
Richmond, VA 23221

Gabriel Brooks
1714 N. 29th Street
Richmond, VA 23223

Suzanne E. Wade, Trustee
P.O. Box 1780
Richmond, VA 23218-1780

# ABSTRACT OF JUDGMENT
Commonwealth of Virginia  VA. CODE § 8.01-449

Case No. GV13043433-00

RICHMOND GENERAL DISTRICT COURT - CIVIL    400 N. 9TH ST., ROOM 203, RICHMOND, VA 23219
DISTRICT COURT NAME AND ADDRESS

| HENRICO FEDERAL CREDIT UNION | v. | BROOKS, GABRIEL |
|---|---|---|
| FULL NAME OF PLAINTIFF (LAST, FIRST, MIDDLE) | | FULL NAME OF DEFENDANT (LAST, FIRST, MIDDLE) |

ADDRESS

ADDRESS
1714 N 29TH STREET
RICHMOND, VA 23223

CITY    STATE    ZIP
0000
DATE OF BIRTH    SSN (LAST FOUR DIGITS ONLY)

CITY    STATE    ZIP
0000
DATE OF BIRTH    SSN (LAST FOUR DIGITS ONLY)

YOUNG, KEISHA M
FULL NAME OF PLAINTIFF(S)    FULL NAME OF DEFENDANT(S)

ADDRESS

ADDRESS
1714 N 29TH STREET
RICHMOND, VA 23223

CITY    STATE    ZIP

CITY    STATE    ZIP
0000
DATE OF BIRTH    SSN (LAST FOUR DIGITS ONLY)    DATE OF BIRTH    SSN (LAST FOUR DIGITS ONLY)

This is to certify that a judgment was rendered in this court in favor of:

[X] PLAINTIFF(S) against DEFENDANT(S)
[ ] DEFENDANT(S) against PLAINTIFF(S)
[ ] .................................... v. ....................................

| DATE OF JUDGMENT | 01/09/2014 |
|---|---|
| $ 413.37 | AMOUNT OF JUDGMENT |
| $ | AMOUNT OF JUDGMENT NOT SUBJECT TO ACCRUAL OF INTEREST |
| HOMESTEAD EXEMPTION WAIVED [ ] YES [ ] NO [ ] CANNOT BE DEMANDED | |
| $ | ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED |
| INTEREST RATE(S) AND BEGINNING DATE(S) 6 % FROM 01/09/14 | |

| COSTS | ATTORNEY'S FEES | ATTORNEY |
|---|---|---|
| $ 55.00 | $ 103.34 | LAFAYETTE, AYERS |

OTHER:

I certify the above to be a true abstract of a judgment rendered in this court.

02/25/2014
DATE

Cheryl Bangs
Dep. [X] CLERK  [ ] JUDGE

EXHIBIT A

FORM DC-465 MASTER 7/07

Lafayette, Ayers & Whitlock, PLC
10160 Staples Mill Road, Ste 105
Glen Allen, VA 23060
Telephone (804) 545-6250
Facsimile (804) 545-6259

# Projected Interest Statement

As of: 12/08/2017
Account: ▓▓▓▓▓36.001

Gabriel Brooks
4807 Brittles Lane
Henrico, VA 23231
Ref No: ▓▓629

Court File: GV13043433

| | |
|---|---:|
| Principal | 413.37 |
| Interest | 0.00 |
| Fees | 103.34 |
| Costs | 137.50 |
| Other | 0.00 |
| Overpayment | 0.00 |
| **Current Bal** | **654.21** |
| New Interest | 97.10 |
| **Projected Bal** | **751.31** |

Posted Interest
    Interest Posted as of: 01/09/2014                                                0.00

Projected Interest thru: 12/08/2017
    Pre-Judgment Interest:     0.0000% (0.0000% per day)
      $0.0000 Per Day For 0 Days                              0.00
    Post-Judgment Interest:    6.0000% (0.0164% per day)
      $0.0680 Per Day For 1429 Days                         97.10
    Total New Interest                                                              97.10

Total Interest Owing as of: 12/08/2017                                                          97.10


EXHIBIT B